# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## Washington, D.C.

**BID PROTEST**

|  |  |
|---|---|
| NAVIENT SOLUTIONS, LLCPlaintiff,v.THE UNITED STATES OF AMERICA,Defendant. | CFC No. __18-1679 C__Judge _____ |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff Navient Solutions, LLC ("Navient"), through undersigned counsel, respectfully requests that the Court file under seal Plaintiff's Complaint.  Plaintiff's Complaint contains Navient confidential and proprietary information, the release of which could cause substantial and irreparable harm to Navient.

Pursuant to the Court's rules, Navient is simultaneously filing a redacted copy of the Complaint that is suitable for public release.  In light of the terms of the Court's sample protective order, we respectfully request that the redacted version of the Complaint not be released outside the Court or the government until approved for public release by counsel for the U.S. Department of Justice.

Filing under seal is necessary to ensure continued protection of sensitive data protected by the Federal Acquisition Regulation as permitted by this Court's Rules.

Respectfully submitted,

| | |
|---|---|
| Date:  October 31, 2018 | By: <u>/s/ Jonathan D. Shaffer</u><br>Jonathan D. Shaffer (jshaffer@smithpachter.com)<br>SMITH PACHTER MCWHORTER PLC<br>8000 Towers Crescent Drive, Suite 900<br>Tysons Corner, Virginia 22182<br>Tel: (703) 847-6300<br>Fax: (703) 847-6312<br>*Counsel of Record for*<br>*Navient Solutions, LLC* |

*Of Counsel*
Mary Pat Buckenmeyer (mbuckenmeyer@smithpachter.com)
Nora K. Brent (nbrent@smithpachter.com)
SMITH PACHTER MCWHORTER PLC

## **CERTIFICATE OF SERVICE**

I certify that I have caused a true and accurate copy of Navient Solutions, LLC's Motion for Leave to File Under Seal to be delivered by the delivery method indicated below on the 31st day of October 2018 to the following:

United States Department of Justice (*via electronic mail*)
Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington, DC 20530
Tel: (202) 616-0475; Fax: (202) 305-7644
Email: nationalcourts.bidprotest@usdoj.gov

FSA Acquisitions Servicing Team (*via electronic mail*)
U.S. Department of Education
Union Center Plaza, Rm. 91F1
830 First Street, NE
Washington, DC 20202-5405
Email:  MPDSETeam@ed.gov

Sara Falk (*via electronic mail*)
United States Department of Education
Office of the General Counsel
400 Maryland Avenue, SW
Room 6C157
Washington, D.C. 20202-2110
Tel: (202) 453-6341; Fax: (202) 401-9528
Email:  Sara.Falk@ed.gov

David R. Pehlke (*via electronic mail*)
United States Department of Justice
Civil Division
Post Office Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0252; Fax: (202) 353-0461
Email:  david.r.pehlke@usdoj.gov

/s/ Jonathan D. Shaffer
Jonathan D. Shaffer