# In the United States Court of Federal Claims

No. 18-1679C

(Filed: November 1, 2018)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| NAVIENT SOLUTIONS, LLC, | \* |
| Plaintiff, | \* |
| v. | \* |
| THE UNITED STATES, | \* |
| Defendant, | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SCHEDULING ORDER

As agreed with counsel for both parties, the Court will hold a telephonic preliminary scheduling conference in this case on Monday, November 5, 2018, at 10:00 AM EST. Prior to this time, counsel for both parties will receive instructions on joining the conference call.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge