**IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)**

| | | |
|---|---|---|
| NAVIENT SOLUTIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-1679C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | FILED UNDER SEAL |
| Defendant. | ) | |

**<u>INDEX TO THE ADMINISTRATIVE RECORD</u>**

| TAB | DOCUMENT NAME/DESCRIPTION | PAGE |
|:---:|---|:---:|
| | **MARKET RESEARCH** | |
| 1 | Briefing Slides - FSA Next Generation (NextGen)Financial Services Environment (November 13, 2017) | 1 |
| 2 | Briefing Slides - FSA NextGen Financial Services Environment (November 15, 2017) | 27 |
| 3 | NextGen Request for Advanced Market Research Information | 60 |
| | a.  Appendix A - FSA Next Generation Financial Services Environment Vision Presentation | 78 |
| 4 | Briefing Slides - FSA NextGen Financial Services Environment (December 12, 2017) | 97 |
| 5 | Updated NextGen Request for Advanced Market Research Information (December 18, 2017) | 117 |
| 6 | Responses to Request for Advanced Market Research Information (December 22, 2017) | 135 |
| 7 | Market Research Report (February 2, 2018) | 137 |
| | a.  Briefing Slides - Part 1 | 144 |

| TAB | DOCUMENT NAME/DESCRIPTION | PAGE |
|---|---|---|
| | b.   Briefing Slides - Part 2 | 167 |
| 8 | NextGen Collections - Best Practices and Case Studies (April 2018) | 254 |
| | **PHASE ONE – NEXTGEN FINANCIAL ENVIRONMENT** | |
| 9 | Acquisition Plan (February 23, 2018) | 263 |
| 10 | Source Selection Plan (April 11, 2018) | 275 |
| 11 | Amended Source Selection Plan (May 14, 2018) | 292 |
| 12 | Solicitation, with Attachments 1-8 (February 21, 2018) | 311 |
| 13 | Amendment 0001 | 614 |
| 14 | Amendment 0002 | 649 |
| 15 | Amendment 0003 | 684 |
| 16 | Amendment 0004 | 973 |
| 17 | Amendment 0005 | 974 |
| 18 | Proposal Submission - General Dynamics Information Technology, Inc. (April 18, 2018) | |
| | a.   Volume I - Executive Summary | 1013 |
| | b.   Volume II - Solution | 1022 |
| | c.   Volume III - Past Performance | 1099 |
| | d.   Volume IV - Cost / Price | 1123 |
| | e.   Volume V - Student Financial Aid Services Environment | 1158 |
| | f.   Volume VI - Teaming Arrangements - Subcontracting | 1171 |
| 19 | Consensus Evaluation - Component E | 1187 |

| TAB | DOCUMENT NAME/DESCRIPTION | PAGE |
|---|---|---|
| 20 | Consensus Evaluation - Component F | 1196 |
| 21 | Selection Statement - Component D (August 23, 2018) | 1205 |
| 22 | Selection Statement - Component E (September 5, 2018) | 1221 |
| 23 | Selection Statement - Component F (September 5, 2018) | 1259 |
| | **PHASE TWO – NEXTGEN FINANCIAL ENVIRONMENT** | |
| 24 | Master Acquisition Plan (September 5, 2018) | 1291 |
| 25 | Acquisition Plan - Component C (September 24, 2018) | 1303 |
| 26 | Acquisition Plan - Component D (September 24, 2018) | 1311 |
| 27 | Supplemental Acquisition Plan - Component E & F (September 24, 2018) | 1320 |
| 28 | Solicitation - Component C (September 24, 2018) | 1329 |
| 29 | Solicitation - Component D (September 24, 2018) | 1380 |
| 30 | Solicitation - Business Vendor Operations (formerly Component E & F) (September 24, 2018) | 1435 |
| | a.   Solicitation Attachments (for All Components) | 1489 |
| | b.   Financial Attachments | 1650 |
| | c.   Attachments to Additional Current State | 3810 |
| 31 | Solicitation Amendments - Component C | |
| | a.   0001 | 4408 |
| | b.   0002 | 4410 |
| 32 | Solicitation Amendments - Component D | |
| | a.   0001 | 4411 |

| TAB | DOCUMENT NAME/DESCRIPTION | PAGE |
|---|---|---|
|  | b.  0002 | 4413 |
|  | c.  0003 | 4420 |
| 33 | Solicitation Amendments - Component E & F |  |
|  | a.  0001 | 4434 |
|  | b.  0002 | 4438 |
|  | c.  0003 | 4440 |
| 34 | Source Selection Plan - Business Process Operations, 18R0024 (October 5, 2018) | 4446 |
| 35 | Amended Source Selection Plan - Business Process Operations, 18R0024 (October 23, 2018) | 4464 |
| 36 | Source Selection Plan - Transitional Core Processing and Related Support Activities, 18R022 (November 1, 2018) | 4484 |
| 37 | Amended Source Selection Plan - Transitional Core Processing and Related Support Activities, 18R0022 (November 9, 2018) | 4502 |
| 38 | Memorandum for Record - Amendment of Source Selection Plan for Transitional Core Processing and Related Support Activities, 18R0022 (November 9, 2018) | 4521 |
| 39 | Memorandum for Record - Amendments to 18R0022 and 18R0024 (November 9, 2018) | 4522 |
|  | **NITAAC CIO-SP3 GWAC** |  |
| 40 | Supplemental Acquisition and Evaluation Plan - Enterprise-Wide Digital and Customer Care Platform Services (August 21, 2018) | 4524 |
| 41 | Request for Quote - Enterprise-Wide Digital and Customer Care Platform Services (August 29, 2018) | 4530 |
| 42 | Amendments - NITAAC Solicitation |  |
|  | a.  0001 | 4598 |

| TAB | DOCUMENT NAME/DESCRIPTION | PAGE |
|---|---|---|
| | b.  0002 | 4599 |
| | c.  0003 | 4600 |
| | d.  0004 | 4602 |
| | e.  0005 | 4603 |
| | **COMPONENT CANCELLATION** | |
| 43 | Memorandum For Record - Cancellation of NextGen Component H (August 23, 2018) | 4604 |
| 44 | Memorandum For Record - Cancellation of NextGen Component A/B (August 27, 2018) | 4606 |
| 45 | Agency Response to Navient - Cancellation of Phase I Components (September 24, 2018) | 4608 |