# In the United States Court of Federal Claims

No. 18-1679C, 18-1758C, 18-1786C

(Filed: November 26, 2018)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| NAVIENT SOLUTIONS, LLC, *et al.*, | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| Defendant, | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSOLIDATION AND SCHEDULING ORDER

Between October 31, 2018, and November 20, 2018, the following related bid protests were filed in this court: <u>Navient Solutions, LLC v. United States</u>, No. 18-1679C; <u>Higher Education Loan Authority of the State of Missouri v. United States</u>, No. 18-1758C; and <u>FMS Investment Corp. v. United States</u>, No. 18-1786C.  The Court finds that the factual and legal commonalities in these cases justify their consolidation under RCFC 42.  All future filings shall be made in the lead case of <u>Navient Solutions LLC v. United States</u>, No. 18-1679C.

On November 20, 2018, the Court scheduled a hearing on Plaintiff's motion for a preliminary injunction in Case No. 18-1758C for December 4, 2018.  Now that these cases have been consolidated, the Court will hold a preliminary injunction hearing in the consolidated bid protest on Tuesday, December 4, 2018, at 2:00 PM EST in the National Courts Building, 717 Madison Place, N.W., Washington, D.C.

Any party that would like to submit written arguments on the motion for preliminary injunction must do so on or before 12:00 Noon on Friday, November 30, 2018.  The Court will also set a new briefing schedule in the consolidated bid protest at the December 4, 2018 hearing.  The November 5, 2018 briefing schedule in <u>Navient Solutions</u> and the November 16, 2018 briefing schedule in <u>Higher Education Loan Authority of the State of Missouri</u> are hereby vacated.

The preliminary injunction hearing will be unsealed and open to the public.  The Court has also decided that dial-ins will not be permitted.  Any interested party who is unable to attend in person may obtain a transcript of the proceeding.  If any lead attorney for a named party is unable to attend, the Court encourages them to send a representative on their behalf and will not penalize them for their absence.

    IT IS SO ORDERED.

s/ Thomas C. Wheeler  
THOMAS C. WHEELER  
Judge
