# In the United States Court of Federal Claims

Nos. 18-1679C, 18-1758C, 18-1786C, 18-1813C
(consolidated)

(Filed: November 27, 2018)

*****************************************
\*
NAVIENT SOLUTIONS, LLC, *et al.*,  \*
\*
               Plaintiff,  \*
\*
v.  \*
\*
THE UNITED STATES,  \*
\*
               Defendant,  \*
\*
*****************************************

## SCHEDULING ORDER

The Court will hold a telephonic status conference in the above-captioned consolidated bid protest on Thursday, November 29, 2018, at 2:00 PM EST. Prior to this time, counsel for the parties will receive instructions on joining the conference call. If lead counsel for any of the parties is unable to attend, the Court encourages substitute counsel to attend in their place.

IT IS SO ORDERED.

                                                    s/ Thomas C. Wheeler
                                                    THOMAS C. WHEELER
                                                    Judge