# In the United States Court of Federal Claims

Nos. 18-1679C, 18-1758C, 18-1786C, 18-1813C, 18-1824C (consolidated)

(Filed: November 29, 2018)

```
*****************************************
                                          *
NAVIENT SOLUTIONS, LLC, et al.,           *
                                          *
                  Plaintiff,              *
                                          *
v.                                        *
                                          *
THE UNITED STATES,                        *
                                          *
                  Defendant,              *
                                          *
*****************************************
```

## SECOND AMENDMENT TO CONSOLIDATION ORDER

      On November 26, 2018, the Court entered an order consolidating the related cases of <u>Navient Solutions, LLC v. United States</u>, No. 18-1679C; <u>Higher Education Loan Authority of the State of Missouri v. United States</u>, No. 18-1758C; and <u>FMS Investment Corp. v. United States</u>, No. 18-1786C.  On November 27, 2018, the Court entered an order consolidating the related case <u>Continental Service Group, Inc. v. United States</u>, No. 18-1813C, with the <u>Navient Solutions, LLC</u> case.

      On November 28, 2018, the Pennsylvania Higher Education Assistance Agency filed a Complaint in a related case, <u>Pennsylvania Higher Education Assistance Agency v. United States</u>, No. 18-1824C.  The newly filed case has factual and legal commonalties to the <u>Navient Solutions, LLC</u> case and concerns the same solicitation.

      Accordingly, <u>Pennsylvania Higher Education Assistance Agency v. United States</u>, No. 18-1824C is hereby consolidated under the lead case, <u>Navient Solutions, LLC v. United States</u>, No. 18-1679C.

      IT IS SO ORDERED.

                                                              <u>s/ Thomas C. Wheeler</u>
                                                              THOMAS C. WHEELER
                                                              Judge