# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

|  |  |
|---|---|
| Navient Solutions, LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Case Nos. 18-1679C *et al*. |
| v. | ) ) Judge Thomas C. Wheeler |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) ) |

## NOTICE

Plaintiff FMS Investment Corp ("FMS") understands that the primary focus of tomorrow's in-person hearing is to address the Higher Education Loan Authority of the State of Missouri's ("MOHELA") request for a preliminary injunction. At the conclusion of that argument, FMS respectfully requests a brief opportunity to be heard on a matter related to these consolidated protests. Counsel for FMS will be present in the courtroom in the event the Court permits us to address the Court.

    Respectfully submitted,

    /s/ David R. Johnson
    David R. Johnson
    VINSON & ELKINS LLP
    2200 Pennsylvania Avenue, N.W.
    Suite 500 West
    Washington, D.C. 20037
    Telephone: (202) 639-6500
    Facsimile: (202) 639-6604
    Email: drjohnson@velaw.com

    *Lead Attorney for Plaintiff*
    *FMS Investment Corp.*

-2-

*Of counsel:*
Tyler E. Robinson
Ryan D. Stalnaker                                          Dated: December 3, 2018
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500
Facsimile: (202) 639-6604
Email: trobinson@velaw.com

*Attorneys for Plaintiff
FMS Investment Corp.*

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 3, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record in this matter who are registered with the Court's CM/ECF system.

/s/ David R. Johnson
David R. Johnson