# In the United States Court of Federal Claims

Nos. 18-1679C, 18-1758C, 18-1786C, 18-1813C, 18-1824C, 18-1852C, 18-1853C
(consolidated)

(Filed: December 4, 2018)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAVIENT SOLUTIONS, LLC, *et al.*,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## THIRD AMENDMENT TO CONSOLIDATION ORDER

On November 26, 2018, the Court entered an order consolidating the related cases of Navient Solutions, LLC v. United States, No. 18-1679C; Higher Education Loan Authority of the State of Missouri v. United States, No. 18-1758C; and FMS Investment Corp. v. United States, No. 18-1786C.

On November 27, 2018, the Court entered an order consolidating the related case Continental Service Group, Inc. v. United States, No. 18-1813C, with the Navient Solutions, LLC case. And on November 29, 2018, the Court entered an order consolidating the related case Pennsylvania Higher Education Assistance Agency v. United States, No. 18-1824C, with the Navient Solutions, LLC case.

On December 3, 2018, GC Services Limited Partnership and Account Control Technology, Inc. filed the related cases GC Services Limited Partnership v. United States, No. 18-1852C, and Account Control Technology, Inc. v. United States, No. 18-1853C, respectively. The newly filed cases have factual and legal commonalties to the Navient Solutions, LLC case and concern the same bid protest.

Accordingly, GC Services Limited Partnership v. United States, No. 18-1852C, and Account Control Technology, Inc. v. United States, No. 18-1853C, are hereby consolidated under the lead case, Navient Solutions, LLC v. United States, No. 18-1679C.

IT IS SO ORDERED.

s/ Thomas C. Wheeler<br>THOMAS C. WHEELER<br>Judge