# 𝕴𝖓 𝖙𝖍𝖊 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕱𝖊𝖉𝖊𝖗𝖆𝖑 𝕮𝖑𝖆𝖎𝖒𝖘

Nos. 18-1679C, 18-1758C, 18-1786C, 18-1813C, 18-1824C, 18-1852C, 18-1853C
(consolidated)

(Filed: December 4, 2018)

```
*****************************************
                                        *
NAVIENT SOLUTIONS, LLC, et al.,         *
                                        *
                 Plaintiff,             *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                 Defendant,             *
                                        *
*****************************************
```

## ORDER

On December 4, 2018, at oral argument on MOHELA's motion for a preliminary injunction, the Government agreed to voluntarily stay the proposal deadline for Phase II Component D of the NextGen solicitation for ten days until December 14, 2018. The Government has also agreed to consider taking corrective action while the stay is in effect.

On or before December 14, 2018, the Government shall inform the Court whether the Department of Education intends to take corrective action. If the Department of Education decides to forgo corrective action, the Government shall explain that decision in a brief filing with the Court.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge