# Exhibit 1

**From:** Canni, Todd J.
**Sent:** Tuesday, December 11, 2018 8:17 AM
**To:** Moses, Jana (CIV) <Jana.Moses@usdoj.gov>
**Cc:** jshaffer@smithpachter.com; drjohnson@velaw.com; slane@thompsoncoburn.com; tcoulter@ohaganmeyer.com; wjack@kelleydrye.com; tbourne@sheppardmullin.com; Pehlke, David R. (CIV) <David.R.Pehlke@usdoj.gov>; McGrory, Kristin B. (CIV) <Kristin.B.McGrory@usdoj.gov>; Todor, John (CIV) <John.Todor@usdoj.gov>; Carter, Matt <matt.carter@pillsburylaw.com>
**Subject:** Re: Navient Solutions, LLC, et al. v. United States (No. 18-1679)

Jana,

Last week, you indicated that ED agreed to produce those two additional categories of documents that ConServe specifically requested.  We afforded you until today to make that supplemental production.  Today, without any explanation, you have informed us that ED has changed its position and will not produce such documents.  Given ED already has acknowledged the relevance of these categories of documents
by agreeing to produce them, what is the reason for ED now refusing to do so?  We intend to proceed with bringing this matter to Judge Wheeler.

Todd

**Todd J. Canni** | Pillsbury Winthrop Shaw Pittman LLP
Partner
725 South Figueroa Street, Suite 2800 | Los Angeles, CA 90017-5406
t 202.663.8088 | c 202.384.6223
todd.canni@pillsburylaw.com | pillsburylaw.com


On Dec 11, 2018, at 8:06 AM, Moses, Jana (CIV) <Jana.Moses@usdoj.gov> wrote:

> Good morning, Counsel.
>
> At this time, the Government does not intend to correct the administrative record.
>
> Thank you,
> Jana
>
> ---
>
> **From:** Canni, Todd J. <todd.canni@pillsburylaw.com>
> **Sent:** Monday, December 10, 2018 10:32 AM
> **To:** Moses, Jana (CIV) <jamoses@CIV.USDOJ.GOV>

1

**Cc:** jshaffer@smithpachter.com; drjohnson@velaw.com; slane@thompsoncoburn.com; tcoulter@ohaganmeyer.com; wjack@kelleydrye.com; tbourne@sheppardmullin.com; Pehlke, David R. (CIV) <dpehlke@CIV.USDOJ.GOV>; McGrory, Kristin B. (CIV) <kmcgrory@CIV.USDOJ.GOV>; Todor, John (CIV) <jtodor@CIV.USDOJ.GOV>; Carter, Matt <matt.carter@pillsburylaw.com>
**Subject:** RE: Navient Solutions, LLC, et al. v. United States (No. 18-1679)

Jana,

Friday's AR production did not include the categories of documents we specifically requested and that ED agreed to produce, so we are assuming ED intends to produce such by tomorrow.  Please let us know if our understanding is accurate.  Thank you,

Todd

---

**From:** Canni, Todd J.
**Sent:** Friday, December 7, 2018 8:45 AM
**To:** Moses, Jana (CIV) <Jana.Moses@usdoj.gov>
**Cc:** jshaffer@smithpachter.com; drjohnson@velaw.com; slane@thompsoncoburn.com; tcoulter@ohaganmeyer.com; wjack@kelleydrye.com; tbourne@sheppardmullin.com; Pehlke, David R. (CIV) <David.R.Pehlke@usdoj.gov>; McGrory, Kristin B. (CIV) <Kristin.B.McGrory@usdoj.gov>; Todor, John (CIV) <John.Todor@usdoj.gov>; Carter, Matt <matt.carter@pillsburylaw.com>
**Subject:** Re: Navient Solutions, LLC, et al. v. United States (No. 18-1679)

Jana,

We appreciate ED's willingness to produce these documents, but we cannot agree to a 10 day extension as such will adversely affect the current briefing schedule, which we do not wish to extend.  We requested these documents over two months ago when we filed at GAO, so we would be surprised if they are not accessible to ED.  In the interests of cooperation, we would accommodate an extension until this Tuesday 5 pm EST to produce the entire record.

Thank you,

Todd

**Todd J. Canni** | Pillsbury Winthrop Shaw Pittman LLP
Partner
725 South Figueroa Street, Suite 2800 | Los Angeles, CA 90017-5406
t 202.663.8088 | c 202.384.6223
todd.canni@pillsburylaw.com | pillsburylaw.com




**Todd J. Canni** | Partner
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800 | Los Angeles, CA 90017-5406
t +1.213.488.7213
todd.canni@pillsburylaw.com | website bio

On Dec 7, 2018, at 8:20 AM, Moses, Jana (CIV) <Jana.Moses@usdoj.gov> wrote:

Counsel:

The Government is planning to seek an extension of 10 days, until December 17, to file the administrative record while ED is considering whether to take corrective action. We would also like additional time to ensure that we have included all of the additional documents that the parties have recently requested.

Please let us know as soon as possible whether you consent to the Government's request. We would like to file our motion as soon as possible.

Thank you,
Jana

**Jana Moses**
Trial Attorney
United States Department of Justice
Civil Division, Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-2279
Fax: (202) 305-7644
Email: Jana.Moses@usdoj.gov

**For overnight mail, please use:**
1100 L Street, NW, Room 9204
Washington, DC 20005

<image001.png>

This message may contain privileged and/or confidential communications and should be read only by the intended recipient. If you believe you have received this message in error, please delete it and contact the sender.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Help Desk at Tel: 800-477-0770, Option 1, immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.

| | |
|---|---|
| **From:** | Moses, Jana (CIV) <Jana.Moses@usdoj.gov> |
| **Sent:** | Friday, December 7, 2018 6:44 AM |
| **To:** | Canni, Todd J. |
| **Cc:** | Townsend Bourne; Tom Coulter; McGrory, Kristin B. (CIV); jshaffer@smithpachter.com; Pehlke, David R. (CIV); slane@thompsoncoburn.com; Todor, John (CIV); drjohnson@velaw.com; Echols, Alexis (CIV); wjack@kelleydrye.com; Carter, Matt; Robinson, Tyler; Ginsberg, Alexander B.; Ralph, Aaron S.; Oliver, Richard B.; Massoudi, Kevin |
| **Subject:** | RE: Contents of the Administrative Record - Time Sensitive |

Good morning, Todd.

ED has confirmed that it will produce documents that fall within the categories identified in your Dec. 5 email, specifically:

1. All communications and documents related to the timing of ED's decision to use the NextGen Procurement to acquire debt collection services for defaulted student loans ("default recovery services"), including but not limited to, ED's response to ConServe's counsel dated October 5, 2018, wherein ED first noticed its position to acquire default recovery services under NextGen; and

2. All communications and documents related to the type of services that ED planned to acquire using Components E and F of the NextGen Procurement.

Best regards,
Jana

**Jana Moses**
Trial Attorney
United States Department of Justice
Civil Division, Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, DC 20044
Tel:  (202) 616-2279
Fax: (202) 305-7644
Email: Jana.Moses@usdoj.gov

**For overnight mail, please use:**
1100 L Street, NW, Room 9204
Washington, DC 20005



This message may contain privileged and/or confidential communications and should be read only by the intended recipient.  If you believe you have received this message in error, please delete it and contact the sender.

**From:** Canni, Todd J. [mailto:todd.canni@pillsburylaw.com]
**Sent:** Thursday, December 06, 2018 3:41 PM
**To:** Moses, Jana (CIV) <jamoses@CIV.USDOJ.GOV>
**Cc:** Townsend Bourne <tbourne@sheppardmullin.com>; Tom Coulter <TCoulter@ohaganmeyer.com>; McGrory, Kristin B. (CIV) <kmcgrory@CIV.USDOJ.GOV>; jshaffer@smithpachter.com; Pehlke, David R. (CIV) <dpehlke@CIV.USDOJ.GOV>; slane@thompsoncoburn.com; Todor, John (CIV) <jtodor@CIV.USDOJ.GOV>; drjohnson@velaw.com; Echols, Alexis (CIV) <aechols@CIV.USDOJ.GOV>; wjack@kelleydrye.com; Carter, Matt <matt.carter@pillsburylaw.com>; Robinson, Tyler <trobinson@velaw.com>; Ginsberg, Alexander B. <alexander.ginsberg@pillsburylaw.com>; Ralph, Aaron S. <aaron.ralph@pillsburylaw.com>; Oliver, Richard B. <richard.oliver@pillsburylaw.com>; Massoudi, Kevin <kevin.massoudi@pillsburylaw.com>
**Subject:** RE: Contents of the Administrative Record - Time Sensitive

Hi Jana,

As we are interesting in ED's internal communications on the subject of when it decided to use NextGen to procure default recovery services, we would not be privy to the specific documents. We appreciate your involvement and sharing our concerns with your client. Can you commit to letting us know ED's position on our specific requests by noon (EST) tomorrow?

In full disclosure, we have prepared the Motion to Supplement and intend to file it tomorrow if ED does not intend to produce the documents requested. Our hope is that ED will recognize the critical nature of these documents to our protest and voluntarily agree to produce such tomorrow.

Thank you again,

Todd

**From:** Moses, Jana (CIV) <Jana.Moses@usdoj.gov>
**Sent:** Thursday, December 6, 2018 6:27 AM
**To:** Canni, Todd J. <todd.canni@pillsburylaw.com>
**Cc:** Townsend Bourne <tbourne@sheppardmullin.com>; Tom Coulter <TCoulter@ohaganmeyer.com>; McGrory, Kristin B. (CIV) <Kristin.B.McGrory@usdoj.gov>; jshaffer@smithpachter.com; Pehlke, David R. (CIV) <David.R.Pehlke@usdoj.gov>; slane@thompsoncoburn.com; Todor, John (CIV) <John.Todor@usdoj.gov>; drjohnson@velaw.com; Echols, Alexis (CIV) <Alexis.J.Echols@usdoj.gov>; wjack@kelleydrye.com; Carter, Matt <matt.carter@pillsburylaw.com>; Robinson, Tyler <trobinson@velaw.com>; Ginsberg, Alexander B. <alexander.ginsberg@pillsburylaw.com>; Ralph, Aaron S. <aaron.ralph@pillsburylaw.com>; Oliver, Richard B. <richard.oliver@pillsburylaw.com>; Massoudi, Kevin <kevin.massoudi@pillsburylaw.com>
**Subject:** Re: Contents of the Administrative Record - Time Sensitive

Good morning, Todd.

I will share your concerns with ED while we continue to prepare the supplemental filing of the record by Friday's deadline. In the interim, if you are aware of specific documents that fall within the categories you have identified, please identify them.

Thank you,
Jana

-------- Original message --------
From: "Canni, Todd J." <todd.canni@pillsburylaw.com>
Date: 12/5/18 2:59 PM (GMT-05:00)
To: "Moses, Jana (CIV)" <jamoses@CIV.USDOJ.GOV>
Cc: Townsend Bourne <tbourne@sheppardmullin.com>, Tom Coulter <TCoulter@ohaganmeyer.com>, "McGrory, Kristin B. (CIV)" <kmcgrory@CIV.USDOJ.GOV>, jshaffer@smithpachter.com, "Pehlke, David R. (CIV)" <dpehlke@CIV.USDOJ.GOV>, slane@thompsoncoburn.com, "Todor, John (CIV)" <jtodor@CIV.USDOJ.GOV>, drjohnson@velaw.com, "Echols, Alexis (CIV)" <aechols@CIV.USDOJ.GOV>, wjack@kelleydrye.com, "Carter, Matt" <matt.carter@pillsburylaw.com>, "Robinson, Tyler" <trobinson@velaw.com>, "Ginsberg, Alexander B." <alexander.ginsberg@pillsburylaw.com>, "Ralph, Aaron S." <aaron.ralph@pillsburylaw.com>, "Oliver, Richard B." <richard.oliver@pillsburylaw.com>, "Massoudi, Kevin" <kevin.massoudi@pillsburylaw.com>
Subject: RE: Contents of the Administrative Record - Time Sensitive

Hi Jana,

We have prepared a Motion to Supplement the AR and intend to file in the near term, but wanted to share our current position with you and afford you a chance to resolve this without court involvement. We are interested in the following categories of documents:

1. All communications and documents related to the timing of ED's decision to use the NextGen Procurement to acquire debt collection services for defaulted student loans ("default recovery services"), including but not limited to, ED's response to ConServe's counsel dated October 5, 2018, wherein ED first noticed its position to acquire default recovery services under NextGen; and

2. All communications and documents related to the type of services that ED planned to acquire using Components E and F of the NextGen Procurement.

We hope that ED will agree to produce these categories of documents so we do not have to raise this with the Court.

We look forward to hearing from you.

Sincerely,

Todd

---

**From:** Canni, Todd J.
**Sent:** Tuesday, December 4, 2018 12:08 PM
**To:** Moses, Jana (CIV) <Jana.Moses@usdoj.gov>
**Cc:** Townsend Bourne <tbourne@sheppardmullin.com>; Tom Coulter <TCoulter@ohaganmeyer.com>; McGrory, Kristin B. (CIV) <Kristin.B.McGrory@usdoj.gov>; jshaffer@smithpachter.com; Pehlke, David R. (CIV) <David.R.Pehlke@usdoj.gov>; slane@thompsoncoburn.com; Todor, John (CIV) <John.Todor@usdoj.gov>; drjohnson@velaw.com; Echols, Alexis (CIV) <Alexis.J.Echols@usdoj.gov>; wjack@kelleydrye.com; Carter, Matt <matt.carter@pillsburylaw.com>; Robinson, Tyler <trobinson@velaw.com>; Ginsberg, Alexander B. <alexander.ginsberg@pillsburylaw.com>
**Subject:** RE: Contents of the Administrative Record - Time Sensitive

Jana,

In light of the fact the government is closed tomorrow, we would like your response today. If ED will not voluntarily agree to produce all non-privileged communications on this subject, we are inclined to file an emergency motion tomorrow so this issue is before Judge Wheeler Thursday am.

Thank you again for conveying this information to your client.

Todd

---

**From:** Canni, Todd J.
**Sent:** Tuesday, December 4, 2018 9:52 AM
**To:** Moses, Jana (CIV) <Jana.Moses@usdoj.gov>
**Cc:** Townsend Bourne <tbourne@sheppardmullin.com>; Tom Coulter <TCoulter@ohaganmeyer.com>; McGrory, Kristin B. (CIV) <Kristin.B.McGrory@usdoj.gov>; jshaffer@smithpachter.com; Pehlke, David R. (CIV) <David.R.Pehlke@usdoj.gov>; slane@thompsoncoburn.com; Todor, John (CIV) <John.Todor@usdoj.gov>; drjohnson@velaw.com; Echols, Alexis (CIV) <Alexis.J.Echols@usdoj.gov>; wjack@kelleydrye.com; Carter, Matt <matt.carter@pillsburylaw.com>; Robinson, Tyler <trobinson@velaw.com>; Ginsberg, Alexander B. <alexander.ginsberg@pillsburylaw.com>
**Subject:** Re: Contents of the Administrative Record - Time Sensitive

Hi Jana,

It is our belief that these internal ED communications and documents will reveal the premise of our bid protest; ED officials decided to procure default recovery services using NextGen only after the Phase I RFP was issued, and now ED is attempting to tuck such services into the existing RFP language.

These communications are highly relevant on the core issues in our protest, so if ED will not produce voluntarily, we will have no choice but to seek Judge Wheeler's opinion, which will likely require briefing and an extension of the current briefing schedule while this plays out. I encourage you to explain to ED our rationale for requesting such and the benefits of producing such voluntarily and without court involvement.

We would appreciate a firm position on this subject as soon as is possible but no later than noon EST tomorrow.

Again thank you for your attention to this matter.

Todd

**Todd J. Canni** | Pillsbury Winthrop Shaw Pittman LLP
Partner
725 South Figueroa Street, Suite 2800 | Los Angeles, CA 90017-5406
t 202.663.8088 | c 202.384.6223
todd.canni@pillsburylaw.com | pillsburylaw.com


On Dec 4, 2018, at 9:26 AM, Moses, Jana (CIV) <Jana.Moses@usdoj.gov> wrote:

> Hi, Todd.

We have shared this information with ED, which is still reviewing the supplemental contents of the AR, including the concerns that you have raised. We will get back to you as soon as possible before our Friday deadline. It is very unlikely that we will have an answer before today's hearing.

Thank you,
Jana

**Jana Moses**
Trial Attorney
United States Department of Justice
Civil Division, Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, DC 20044
Tel:  (202) 616-2279
Fax: (202) 305-7644
Email: Jana.Moses@usdoj.gov

**For overnight mail, please use:**
1100 L Street, NW, Room 9204
Washington, DC 20005

<image003.png>

This message may contain privileged and/or confidential communications and should be read only by the intended recipient.  If you believe you have received this message in error, please delete it and contact the sender.

---

**From:** Canni, Todd J. [mailto:todd.canni@pillsburylaw.com]
**Sent:** Monday, December 03, 2018 6:41 PM
**To:** Moses, Jana (CIV) <jamoses@CIV.USDOJ.GOV>; Townsend Bourne <tbourne@sheppardmullin.com>; Tom Coulter <TCoulter@ohaganmeyer.com>; McGrory, Kristin B. (CIV) <kmcgrory@CIV.USDOJ.GOV>; jshaffer@smithpachter.com; Pehlke, David R. (CIV) <dpehlke@CIV.USDOJ.GOV>; slane@thompsoncoburn.com; Todor, John (CIV) <jtodor@CIV.USDOJ.GOV>; drjohnson@velaw.com; Echols, Alexis (CIV) <aechols@CIV.USDOJ.GOV>; wjack@kelleydrye.com; Carter, Matt <matt.carter@pillsburylaw.com>; Robinson, Tyler <trobinson@velaw.com>; Ginsberg, Alexander B. <alexander.ginsberg@pillsburylaw.com>
**Subject:** Contents of the Administrative Record - Time Sensitive
**Importance:** High

Hi Jana,

In the interests of continuing to proactively raise and address issues with you, we wanted to raise with you the contents of the Administrative Record to be produced Friday.  While we understand that ED already has produced documents in response to the Navient protest, we do not believe these categories are included and wanted to bring it to your attention:

1. All communications and documents related to ED's decision to use the NextGen Procurement to acquire debt collection services for defaulted student loans ("default recovery services"), including, but not limited to, documents and communications related to (a) ED's May 3, 2018

memorandum submitted to the U.S. Court of Federal Claims, and (b) ED's April 18, 2018 Internal Memorandum discussing the agency's "enhanced services" approach to default recovery services (such memoranda is discussed in our Complaint);
2. All communications and documents related to the type of services that ED planned to acquire using Components E and F of the NextGen Procurement; and
3. All communications and documents related to ED's response to ConServe's counsel dated October 5, 2018 (discussed in our Complaint).

We may supplement this list but, for now, we would like to hear whether ED intends to produce such information.  Please let us know if the Government objects to producing any of the requested documents and, if so, the basis.  If ED does not intend to produce all of the above, we would like to raise the issue with Judge Wheeler during tomorrow's hearing to ensure the issue is resolved before our briefing schedule commences.

Thank you,

Todd



**Todd J. Canni** | Partner
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800 | Los Angeles, CA 90017-5406
t +1.213.488.7213
todd.canni@pillsburylaw.com | website bio
<image001.png>
<image002.png>