# In the United States Court of Federal Claims

Nos. 18-1679C, 18-1758C, 18-1786C, 18-1813C, 18-1824C, 18-1852C, 18-1853C
(consolidated)

(Filed: December 14, 2018)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAVIENT SOLUTIONS, LLC, *et al.*,

              Plaintiff,

v.

THE UNITED STATES,

              Defendant,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

On December 12, 2018, Plaintiff Pennsylvania Higher Education Assistance Authority filed a motion to amend this Court's previous scheduling order and establish a separate briefing schedule. After carefully considering the motion, the Court prefers to receive all of the Plaintiffs' briefs in this case at the same time. Therefore, for reasons of judicial efficiency, the motion is DENIED.

    IT IS SO ORDERED.

                                            s/ Thomas C. Wheeler
                                            THOMAS C. WHEELER
                                            Judge