# In the United States Court of Federal Claims

Nos. 18-1679C, 18-1758C, 18-1786C, 18-1813C, 18-1824C, 18-1852C, 18-1853C
(consolidated)

(Filed: December 17, 2018)

*****************************************
* * *
NAVIENT SOLUTIONS, LLC, *et al.*, *
*
              Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
             Defendant, *
*
*****************************************

## ORDER GRANTING STAY

On December 14, 2018, Defendant filed a motion to stay the above-captioned consolidated bid protests pending corrective action. Defendant stated that the Department of Education decided to cancel the solicitation components at issue. Defendant requested a stay until and including January 15, 2019, to give the agency time to prepare and issue the new solicitations. For good cause shown, the motion is GRANTED. The case is hereby stayed until January 15, 2019.

IT IS SO ORDERED.

                                                 s/ Thomas C. Wheeler
                                                 THOMAS C. WHEELER
                                                 Judge