# In the United States Court of Federal Claims

Nos. 18-1679C, 18-1758C, 18-1786C, 18-1813C, 18-1824C, 18-1852C, 18-1853C
(consolidated)

(Filed: December 19, 2018)

```
*****************************************
                                         *
NAVIENT SOLUTIONS, LLC, et al.,          *
                                         *
                Plaintiff,               *
                                         *
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
                Defendant,               *
                                         *
*****************************************
```

## ORDER

On December 18, 2018, Plaintiff FMS Investment Corp. filed a motion for leave to file a motion for a temporary restraining order and preliminary injunction. For good cause shown, the motion is GRANTED.

FMS is hereby ordered to re-file the motion for a temporary restraining order and preliminary injunction.

Given the urgent nature of FMS's motion, the Government is hereby ordered to respond to FMS by December 20, 2018, at 5 PM EST.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge
