# In the United States Court of Federal Claims

Nos. 18-1679C, 18-1758C, 18-1786C, 18-1813C, 18-1824C, 18-1852C, 18-1853C
(consolidated)

(Filed: December 19, 2018)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAVIENT SOLUTIONS, LLC, *et al.*,

               Plaintiff,

v.

THE UNITED STATES,

               Defendant,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SCHEDULING ORDER

On December 18, 2018, Plaintiffs GC Services L.P. ("GC Services") and Account Control Technology, Inc. ("ACT") filed a request for the Court to hold a status conference in the above-captioned case. GC Services and ACT have expressed concern about whether ED's corrective action will address their allegations. For good cause shown, the request is GRANTED.

The Court will hold a telephonic status conference to address the scope of ED's corrective action on Friday, December 21, 2018, at 12 Noon EST. Prior to this time, counsel for the parties will receive instructions on joining the conference call.

IT IS SO ORDERED.

                                                  s/ Thomas C. Wheeler
                                                  THOMAS C. WHEELER
                                                  Judge