# In the United States Court of Federal Claims

Nos. 18-1679C, 18-1758C, 18-1786C, 18-1813C, 18-1824C, 18-1852C, 18-1853C
(consolidated)

(Filed: February 11, 2019)

```
**************************************        *
                                              *
NAVIENT SOLUTIONS, LLC., et al.,              *
                                              *
                         Plaintiffs,          *
                                              *
v.                                            *
                                              *
THE UNITED STATES,                            *
                                              *
                         Defendant.           *
                                              *
**************************************
```

## ORDER

The Court will hold a status conference in the above-captioned consolidated bid protest on Friday, February 15, 2019, at 2:00 PM EST.  Prior to this time, counsel for the parties will receive instructions on joining the conference call.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge