# In the United States Court of Federal Claims

Nos. 18-1679 C, 18-1758 C, 18-1786 C, 18-1813 C,
18-1824 C, 18-1852 C and 18-1853 C (consolidated)

Filed: February 13, 2019

**NAVIENT SOLUTIONS, LLC,**
*et al.*

      v.                      **JUDGMENT**

**THE UNITED STATES**

Pursuant to the court's Order, filed February 12, 2019,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the above-referenced cases are dismissed without prejudice.
.

                                    Lisa L. Reyes
                                    Clerk of Court

                 By:    s/ Debra L. Samler

                                    Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $505.00.